UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re: Herbert Johnson

Case No.: 23-12922
Chapter: 13
Hearing Date:
Judge: MEISEL

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled       ☒ Withdrawn

Matter: TLOA of NJ LLC - - Proof of Claim No. 4 - - Filed by Nicholas Fitzgerald Esq.

Date: June 21, 2023

Signature

rev.8/1/15