Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−12922−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Herbert Johnson Jr.
   220 West End Avenue, 2nd FL
   Newark, NJ 07106

Social Security No.:
   xxx−xx−8048

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on June 15, 2023.

   On 7/7/23 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                August 9, 2023
Time:               08:30 AM
Location:        Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 10, 2023
JAN: lc

                                                                                         Jeanne Naughton
                                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 23-12922-SLM
Herbert Johnson, Jr.     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Jul 10, 2023     Form ID: 185     Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Herbert Johnson, Jr., 220 West End Avenue, 2nd FL, Newark, NJ 07106-2617 |
| 519885524 | + | City of Newark, Division of Water/Billing, 920 Broad, Newark, NJ 07102-2660 |
| 519885528 | + | PSE&G, PO Box 710, Newark, NJ 07101-0710 |
| 519885527 | + | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark, NJ 07101-0709 |
| 519885526 | + | PSE&G, 80 Park Plaza T5D, Newark, NJ 07102-4109 |
| 519885531 | + | PSE&G, Law Division, 80 Park Plaza, T5D, Newark, NJ 07102-4109 |
| 519885533 | + | Robert A. Del Vecchio Esq., 405 Lafayette Avenue, Hawthorne, NJ 07506-2519 |
| 519948451 | + | TLOA of NJ LLC, 11 Talcott Notch Rd 2nd Floor, Farmington, CT 06032-1817 |
| 519885535 | + | TLOA of NJ LLC, Robert A. Del Vecchio Esq., 405 Lafayette Avenue, Hawthorne, NJ 07506-2519 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 10 2023 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 10 2023 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519885531 | ^ | MEBN | Jul 10 2023 20:59:38 | PSE&G, Law Division, 80 Park Plaza, T5D, Newark, NJ 07102-4109 |
| 519885526 | ^ | MEBN | Jul 10 2023 20:59:38 | PSE&G, 80 Park Plaza T5D, Newark, NJ 07102-4109 |
| 519885525 | ^ | MEBN | Jul 10 2023 20:59:00 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519885529 | + | Email/Text: bankruptcy@pseg.com | Jul 10 2023 21:04:00 | PSE&G, PO Box 490, Cranford, NJ 07016-0490 |
| 519936601 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 10 2023 21:07:39 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519885530 | *+ | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark, NJ 07101-0709 |
| 519885532 | *+ | PSE&G Co, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519885534 | ##+ | TLOA of NJ LLC, 399 Park Ave., Floor 6, New York, NY 10022-5074 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 10, 2023 | Form ID: 185 | Total Noticed: 14 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 12, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Herbert Johnson Jr. fitz2law@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3