Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

HERBERT JOHNSON, JR.,

Case No.: 23-12922 SLM

Debtor

## NOTICE OF RESERVE ON CLAIM

| | |
|---|---|
| Creditor: | TLOA OF NJ LLC |
| Trustee Claim #: | 11 |
| Court Claim #: | 5 |
| Claimed Amount: | $30,285.85 |
| Date Claim Filed: | 06/14/2023 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court.  A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.**  The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated: February 15, 2024

By: /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

HERBERT JOHNSON, JR.
220 WEST END AVENUE, 2ND FL
NEWARK, NJ    07106

FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ    07306

TLOA OF NJ LLC
PO BOX 54077
DALLAS, TX    70154

TLOA OF NJ LLC
PELLEGRINO & FELDSTEIN LLC
290 ROUTE 46 WEST
DENVILLE, NJ    07834